An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF THE PERSON
AND ESTATE OF: OTTO D. CORSINI,
AN ADULT WARD,

No. 62892

SHIRLEY WODICKA,
Appellant,
vs.
KATHLEEN BUCHANAN,
Respondent.

**FILED**

JUN 1 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



### ORDER DISMISSING APPEAL

Appellant's motion to voluntarily dismiss this appeal is granted, with the parties to bear their own costs and fees. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Hon. Charles J. Hoskin, District Judge, Family Court Division
      Lawyerswest, Inc.
      Lee A. Drizin, Chtd.
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17040